*# 658588*
*# 128514*

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE:                *             CASE # 05-72659 S
                                    CHAPTER 13
                      *
Reed, Eric A & Johnna L
Debtor                *

TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. No response from the creditor – the Trustee voided <u>returned</u> disbursement check(s) from the United States Postal Service, "marked return to sender/not deliverable as addressed", and their phone was disconnected.

2. The creditor did not update and submit a current address with the clerk's office. This case is scheduled to close.

| **Check #** | **Payee** | **Amount** | **Date Issued** |
|---|---|---|---|
| 657711 | Shop At Home, LLC<br>55388 Hickory Hollow Pkwy<br>Nashville, TN  37013-3128 | 71.26 | 3/31/10 |

3. Your trustee's check # 658588 in the amount of $71.26 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date:   4/28/10

_____
John P. Gustafson
Trustee in Bankruptcy

FILED 2010 MAY 24 PM 1:30 CLERK, U.S. BANKRUPTCY COURT TOLEDO, OHIO